## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLORADO

In re:

ALCHEMY 365, INC.,
EIN: 83-4467283

Debtor.

Case No. 25-10797-TBM
Chapter 11, Subchapter V

### FINAL DECREE
### (CHAPTER 11 BUSINESS DEBTOR)

The estate of the above-named debtor having been fully administered, it is

ORDERED that the Chapter 11 case of the above-named debtor is hereby

closed.

DATED this 15th day of May, 2026.

BY THE COURT:

Thomas B. McNamara
United States Bankruptcy Judge